O

# United States District Court
# Central District of California

| | |
|---|---|
| JOSE BUENROSTRO et al., | Case № 2:26-cv-00038-ODW (PVCx) |
| Plaintiffs, | |
| v. | **ORDER DENYING MOTION TO** |
| HARBOR FREIGHT TOOLS USA, | **DISMISS AS MOOT [30]** |
| Defendant. | |

///
///
///
///
///
///
///
///
///
///
///
///

Defendant Harbor Freight Tools USA served Plaintiffs with a Federal Rule of Civil Procedure 12(b)(6) motion to dismiss in this case on March 2, 2026.  (Dkt. No. 30.)  On March 23, 2026, Plaintiffs filed a First Amended Complaint, twenty-one days after Harbor Freight filed its responsive pleading.  (Dkt. No. 23.)  Federal Rule of Civil Procedure 15(a)(1) allows Plaintiffs to file an amended complaint once as a matter of course within twenty-one days of service with a Rule 12(b) motion. Therefore, Plaintiffs' amended complaint was proper.   As the pending motion to dismiss was based on a complaint that is no longer operative, the motion is **DENIED** as **MOOT**.  *See Ramirez v. Cty. of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015).

**IT IS SO ORDERED.**

March 24, 2026

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**